IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JIMMY WALLER, | : | |
| Plaintiff, | : | |
| vs. | : | 5:07-cv-288 (CAR) |
| DELORES FAIRCLOTH, | : | |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 17) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting Defendant's Motion to Dismiss for Want of Prosecution (Doc. 14). Although no Objections have been filed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed the docket in the case and Judge Hicks' Recommendation. As fully explained by Judge Hicks, Plaintiff has been afforded ample opportunity to contact the Court regarding his case, but has failed to do so. As such, the Recommendation (Doc. 17) is **ACCEPTED**, Defendant's Motion to Dismiss for Want of Prosecution (Doc. 14) is **GRANTED**, and Plaintiff's claims against Defendant Delores Faircloth are **DISMISSED**.

**SO ORDERED**, this 9th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh